UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

U.S. District Court 330 Federal Building
330 Federal Building P.O. Box 698
Marquette, Michigan. 49855.

Frederick Joseph Harris Junior
#176396 - 320 North Hubbard Street
Central Michigan Correctional Facility
St. Louis, Michigan. 48880.

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v.

1) Hon: Robert E. Goebel's JR.
2). Hon: John B. Economopoulos
3). Attorney: Joel D. Kershaw,
4). Attorney: Michael J. Manning,
5). Attorney: Donald F. Lemire,
7). unknown - Board of commissions
8). unknown - Board of supervisors.

(Enter above the full name of the defendant or defendants in this action.)

FILED - MQ
July 2, 2021 9:38 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: NDJ SCANNED ___ / ___

**2:21-cv-155**

**Maarten Vermaat - Magistrate Judge**

## COMPLAINT

I. **Previous Lawsuits**

**CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in individuals to initiate lawsuits in this and other federal courts without prepayment o Accurate and complete responses are required concerning your litigation history. Ge to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.**

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☒ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
   US Dist court 330 Federal Building 330 Federal Building Po Box 698 Marquette, Mi. 49855

2. Is the action still pending? Yes ☐ No ☒

   a. If your answer was no, state precisely how the action was resolved: In my "OPINION" The court "Errored" why? Soverign Immunity-IS NOT A-automatic Dismissal "Read" my "motion under Federal Rule 60. Enclosed!

3. Did you appeal the decision? Yes ☒ No ☐

4. Is the appeal still pending? Yes ☐ No ☒

   a. If not pending, what was the decision on appeal? I could Not get the filing Fee From my US Bank Account To The court.

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☒ No ☐

   If so, explain: your court in case No: 1:15-cv-629 - gave Hon: Robert E. Goebels JR. automatic "Soverign Immunity?! Goebel's has 'No' Jurisdiction - He commited "FRAUD"!

II. **Place of Present Confinement** STF. 320 N. Hubbard ST. central mich. corr. Facility ST louis, mich. 48880.

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

I was moved To many Times To remember where I was at.?!

III. **Parties**

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff Frederick Joesph Harris Junior II 176396

Address 320 N. Hubbard ST. central Mich. Corr. Facility ST. Louis, michigan. 48880.

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 Honorable: Robert E. Goebel's J.R. = "Retired"

Position or Title Probate court Judge

Place of Employment Delta county courthouse

Address 310 Ludington Street - Escanaba, michigan. 49829.

Official and/or personal capacity? Both - capacity's.

Name of Defendant #2 Honorable: John B. Economopoulos

Position or Title Circuit court - current Judge.

Place of Employment Delta County courthouse

Address 310 Ludington Street - Escanaba, michigan. 49829

Official and/or personal capacity? Both capacity's.

Name of Defendant #3 Attorney Joel D. Kershaw (P70938) 2 E. First ST., STe. 207 Monroe, mi. 48161.

Position or Title Attorney, - Appointed

Place of Employment Self

Address 2 E. First ST., STe. 207 monroe, michigan. 48161.

Official and/or personal capacity? Both "capacity's."

Name of Defendant #4 Michael J. Manning (P34630)

Position or Title Attorney:

Place of Employment Self - 524 Ludington ST. STe. 101 Escanaba, michigan, 49829

Address 524 Ludington ST. - STe. 101 Escanaba, michigan. 49829.

Official and/or personal capacity?

Name of Defendant #5 Attorney: Donald F. Lemire:

Position or Title Attorney:

Place of Employment 1005 8Th. ST. STe. 200 Escanaba, michigan. 49829

Address 1005 8Th. ST. STe. 200 Escanaba, michigan. 49829.

Official and/or personal capacity?

Name of Defendants: 6). 7). 8). Are unknown - To be sued in Their official and Personal capacity's.

IV. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

1). Honorable: probate court Judge: Robert E. Goebel's J.R., = Started - The Fraud In 1983 of having his childs mother ran a scam on myself To get myself Locked up. He Then continued his Trickery - FRAUD - FRAUDUENTLY Concealment of a Ghost charge on July 28-1986, To Sentencing myself in a Ghost Pleadings When he was a Probate court judge who was "NOT" a proper jurisdictional obtained court To Sentence myself To a "HEREBY VACATED ORDER" - Signed: July-10-1986, - 18 days previous - By The Properly Granted JURISDICTIONAL Circuit court(s) Dean J. Shipman, case No: 83-4470-FH.

2). Hon: John B. Economopoulos, circuit court Judge! FOR Delta County Circuit court In Sept. of 2019! petitioner: filed a 6.500! Then 13 month's - Later - one video - hearing was held "Econ..." Stated: he'd correct "Goebel's" mistake?! more - Than 7 - month's has passed "No" ORDER! "Econ..." has failed → (omission) To do his fidiciuary duty and hand down a "HEREBY VACATED ORDER" of The "HEREBY VACATED SENTENCE" Thereof on July 10-1986, - Case No: 83-4470-FH, The case in QUESTION: was "Reversal and Remanded" on March-06-1986, By The michigan Court of Appeals No: 80165 = 83-4470-FH, To: Dean J. Shipman, cir. court! So From The "OMISSION" of "Econ..." The "enhancement" - Continues The Loss of Liberty!

3). Attorney: Joel D. Kershaw, Was appointed by "Econ..." In case No: 83-4470-FH, To obtain documents for petitioner?! Like The "OPINION" of The mich. C.O.A, The "PARDON" Granted To myself because of The REVERSAL of case No: 83-4470-FH, By: John M. Engler, Governor of michigan! All Kershaw, Did was TIE my hands - in my 6.500 That according To - "Econ..." I must go Threw ATTY: Kershaw, To file anything in his circuit court! If That ain't EVIL InTent, - with malice - The intentional doing of a wrongfull act - malicious Prosecution - when - Liberty was and IS AT STAKE?! I am denied access To SEEK my FREEDOM from Goebel's - Continued - FRAUD & "TRICKERY" That made it's first appearance on 05-20-2013, wherein it didn't exist until 05-20-2013?! In 2011 HOPE RUDDEN = chief Deputy clerk of Delta county has "No" Charge for Petitioner on FILE For July 28-1986 In Delta County!!!

4). ON THE BACK SIDE... pg. 3½ ...

"STATEMENT OF Claim"

4). ATTORNEY: Manning; was at a attempted Plea on July 17-1986; Done by TRICKERY! But That failed FOR Three reasons: Firstly: The mich. C.o.A.(S) "OPINION" Stated: "It's highly unlikely mr. Harris Committed any crime what so EVER." You Think-I'd not of used That in a 3rd. JURY TRIAL as a Exhibit?! on July-17-1986, I Refussed To Plead To a Felony or a misdameanor! I did agree To Plead To a civil Infraction only and That was on The condition - That-I'd be released from Prison within 30 days However; I wasn't Released within 30 days! By: Trickery Goebel's, had myself moved To The County Jail on July-14th at 5.pm. from KinRoss, PRISON! To: make sure - I didn't EVER See The all ready Signed - VACATED ORDER of Shipman! Now if - ATTY: Manning, was my attorney? where is The "ORDER" and who appointed him? If he was in fact appointed? why didn't - he see The "Hereby VACATED ORDER"? Signed: July 10-1986?! So Trickery and Fraud was at hand?!

5). ATTORNEY: Lemire: claims - he was appointed and at a Sentencing in case No: 83-4470-FH, on July 28-1986! I have never seen "Lemire" Past 1984 Sentencing and he is Telling One LIE After Another!? why? I will Take a LIE Dectector Test as to This Fact! why? Trickery - FRAUD - Criminal Payoff - CAPO - Conspiracy - etc. -- who Knows?

6). DelTa Counties JAIL - employees - Secretaries etc. - Probate Court "Goebel's" circuit court Delta county - CLAIR J. HOEHN, who Started: Testifying at my Second Hung JURY and sent myself To Prison on a Verdict of "I Guess Guilty," This caused The "Reversal and Remand" on march 06-1986,! Judge: Davis cir. court. Delta county 1996 enhancemented my Sentence from a hidden file: Stated EVA Kipper, - IT'S court appointed attorney's; EVA Kipper, Lemire, and Manning, IT's Prosecutors: EVA Kipper, and Steven L. Pence, verified a Ghost Pleadings on July-28-1986, ALSO: RENEE F. ALexandroni, official court Reporter - who sent - myself The Ghost charge on 05-20-2013, They all had a Fiduciary Duty = means:" A Person having a duty, created by his or her undertaking To act Primarily for The benefit of another in matters Connected with The undertaking; one who holds a position of confidence..." To make sure That The court's Prosecution is not a malcious Prosecution, done By FRAUD, Trickery, or Otherwise-Illegal Acts!

7). A "MISCARRIAGE OF JUSTICE," In This action which has occurred To cause Substantial Loss of Liberty, - Property and Guaranteed CONSTITUTIONAL Rights of petitioner; 'Harris,'!! All done in a Ghost Pleading Kept in a hidden File for 26 Plus years - UNTIL 2013!

8). "MISCONDUCT IN OFFICE" "Means" = "Corrupt misbehavior by an officer ("Econ..." Lack Thereof) in The exercise of The duties of The office or while acting Under color of The office; includes any act or omission in breach of a duty of Public concern by one who has accepted Public office." This applies To Every one in DelTa County involved in case No: 83-4470-FH, Hidden File All based on Trickery - Fraud - etc.!

"STATEMENT OF CLAIM" Page 3.3/4

9). Goebel's, TOOK 51 Square miles of Land without Paying a "Consideration" of between 500 To 800 million dollars in The year 2005! So; now 50[B]illion dollars IS appropiate "Consideration", and Delta County needs To Study Contract law and See what Consideration means?! with a disability!

10). Then we have: Universal Fire & Casualty Insurance Company 3214 Chicago Drive, Hudsonville, michigan. 49426. Power No: 25-3011378 wrote a Insurance Policy That was Showed To The Camera in The Cat walk of Allegan County Jail - when I Bonded out in 2009! The Insurance Policy was on my SURETY, in my current case - and "Universal"; Let it be SOLD When it was "SURETY" Property To Allegan County Circuit Court! Sold on June 14-2010, or There abouts and Released from Judge Corsiglia, on The date December 13Th. 2010, my home was SOLD while it was "SURETY". AND *NON* marketable property. So The BIG Question - Should "Universal", BE Responsible for The entire Sum Certain of 50[B]illion dollars? And ALSO added as a Primary Defendant to This Conspiracy? FOR "Consideration"! why? my home and its Contents were worth $165,000.00 you Think - I Couln't of hired a Lawyer with That kind of money? If The Federal Court don't have The answear - LeT'S ask A JURY? what "Universal(s)" "Consideration" IS and Who Should PAY What?

V. **Relief**

State briefly and precisely what you want the court to do for you.

1). To: Grant all 19 of my interrogatories and or admissions!
2). To: Grant myself - The discovery of The Ins. policy of "Universal" and If They are included as a defendant? A opportunity - To use a To use a Interrogatory on Them!
3). To: Grant: A LIE DeTector Test for ATTY: Lemire, manning, Kershaw, and Goebel's! This is a Mandatory Request and This is a civil action - So let's see who's Lying?!
4). To: Assist in getting a copy of The "PARDON" Granted in 1991 By: Gov. John M. Engler.
5). To: Bring in all my interrogatories as witness's - To Expose - The Illegal Acts done To myself!
6). To: Appoint a Trustee To see That your Filing Fees etc. are Taken from my US Bank Account. I also want This 1983 adjudicated.

06-05-2021
**Date**

**Signature of Plaintiff**

**<u>NOTICE TO PLAINTIFF(S)</u>**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

# 176396
1] Frederick Joseph Harris J.R.
IN PRO PER - petitioner

-VS-

1). Hon: Goebel's, 2). Hon: Economopoulos,
3). Atty: Kershow, 4]. Atty: Manning,
5). Atty: Lemire, 6]. Delta county,
7). unknown = Board of commissioners/or
8). unknown = Board of supervisors of

3]. Office of The Clerk of
United States District Court
229 Post office and Federal
Building - PO Box 698
Marquette, Michigan. 49855.

4] Hon: ?
needs case No: ?

Civil case

# "COMPLAINT"

5] "UNDER FEDERAL RULE C-IN REM: SPECIAL PROVISIONS (1), (b). "...when A STATUE SO PROVIDES, AN ACTION AGAINST THE UNITED STATES OR AN *INSTRUMENTALITY* *THEREOF* MAY PROCEED ON IN REM PRINCIPLES."

I). RULE 85 RULE C(2). COMPLAINT "In an action in rem The complaint must:"
(a). "be verified," [Their will be a Affidavit Enclosed For verification!]
(b). describe with reasonable particularity The property That is The subject of The action; and." [Discription of The property?! 51 square miles of property in Delta County and Alger county! That was Taken from The Heirs of ART Storch S.R + Junior, and To wit: sibling = Joy may Harris, This property was Stolen by Trickery and Fraudulent Actions FOR Less Than one Million dollars worth of back Taxes. In about 2005. BY who?
1). Defendant: Hon: Robert E. Goebel's, J.R., who ended up with This land worth Then = more Than 280 million dollars - which is what Ducks unlimited offered for The property. This 'Goebel's' Know's nothing about Contract law wherein 'Consideration' of Paying The Taxes is not *Consideration* In my 'opinion' The damages need To be determined by a Jury?! In my 'opinion' The damages of Illegaly being detained are 50 [B] illion dollars Plus The Land and its 'Consideration' was 500 To 800 million in 2005!

II). "Goebel's" Tried To adopt Joy may Harris, when she was Two month's old! I blocked That! I Said Hell NO - I'LL raise her myself first - Food FOR Thought -- There was a fiduciary duty owed To: Joy may Harris, if "Goebel's" wouldn't of been the probate court Judge who handled The adoption of Joy may Harris, "Goebel's" would 'NOT' of Known - about The big block of Land and also he'd of not of wrecked my whole Life and his Life?! He and his girl friend(s) moment(s) of GREED That sent myself To prison over and over on his FRAUD(S) and SCAM(S) by his Scummy Tactical advantages being he worked in The Delta county courthouse?!]

III). RULE 85(c). " State That The property is within The district or will be within The district while The action is pending." [This land is within The district of The Northern Federal District Court of Marquette of The State of Michigan - All 51 square miles Should be within 150 miles of Marquette Federal Court System.]

IV). RULE 85(c), (3). Judicial Authorization and Process. (a). "ARREST WARRANT"
(i). "The court must review The Complaint and any Supporting papers. If The conditions for an in rem action appear To exist, The Court must issue an order directing The clerk To issue a warrant for The (vessel) (in This case it(S) The Timbered Land or other property That is The subject of The action..." [If The Timber is all gone? The land has very Little Value,

IV). ... To myself or any one else. Then -I'll be seeking The 500 To 800 for The Land "Consideration" -- plus The sum certain of 50 [B]illion for punitive damages - From The Illegal Incarceration of "Goebel's," putting Ghost charges on myself - To Keep myself in Prison, when Goebel's, had 'No' personam jurisdiction or Subject matter jurisdiction in a Probate Court capacity To Sentence myself to a GHost CHARGE in a GHOST PLEADING Kept in a hidden file for (27) years on Case Number 83-4470-FH, ON A "HEREBY VACATED ORDERED SENTENCE --By The Properly Granted Circuit Court Judge; Dean J. Shipman, on July-10-1986, See Exhibit: EVEN: ATTORNEY Lemire, STATES: There is 'No' Transfer ORDER!] [The proper jurisdiction To Honorable; Dean J. Shipman, was issued by The michigan Court of Appeals -By Remittur on march 06-1986, YET - Dated 18 day's After The "HEREBY VACATED ORDER" Some 27 Years Later - along Comes - Probate Court Judge; Honorable: Robert E. Goebel's, on 05-20-2013, States-He Sentenced myself To case Number 83-4470-FH, in Delta County Probate court on July 28-1986, YET: HOPE RUDDEN, - chief Deputy clerk of Delta County in 2011 has 'No' Record of a Conviction for July-28-1986, YET: In 2009 Case 09-16475-Fc, --(That I am still Incarcerated for YET Today - 11 years straight now). was Enhanced - on Goebel's, FRAUDently done Fake "GHost CHARGE" Supplied By Delta county according To Prosecutor: Norbeck, of Allegan County. Exhibit Enclosed pages (41) and (42). Also; That -If I didn't Stipulate That -I got a "Felonious ASSAULT" in a School Zone - That - Prosecutor; Norbeck and Koch, were going To Add Six more Gun charges - I Refussed In November of 2010, Because; I Knew I did not have a charge of "Felonious Assalt," and Sure enough -I Then had about 15 charges from one incident! (The charges The morning of Jury Trial went for 15 charges down To 8 charges - most were LIFE SENTENCES -I Still Refussed To pled out on march 25-2011!) (my P.S.I. Still=States= LIFE - LIFE - 15yrs.-LIFE, with No chance of Parole! The Second day of Jury Trial my Lawyer Showed up with a black eye. On The Third day -I was found 'Not' Guilty on all 8 Counts! However: at Gun Point - after a bit of Threts To Their Lives - They - Changed Their honest verdicts of Not Guilty on 8 counts To Guilty of 4 counts! You ain't got To beleive myself?- Let's - Ask - The Jurror's?! I will Send page 41 and 42, of Transcripts - That -I would not Stipulate to a "Felonious ASSAULT" But - NORBECK, has "got what Delta County has Sent To him" "Of Felonious Assault" He never bothered To Check To See That case Number; 83-4470-FH, of "Felonious ASSAULT" was "REVERSAL AND REMANd(ed)" on march-06-1986, michigan Court of Appeals number 80165, - Delta County No: 83-4470-FH, So here we are at all most 11-Straight - Flat years - being being a Innoscent man! The ASSAULTS, and broken bones are all on who? I Say on Goebel's, and all his CAPO, buddies - So far - Two heart attacks - from The Tasers of The C/o mcdonald, To assault myself?! Poor medical attention - botched Surgery, Left To die They Reffussed To feed myself, Four broken fingers, Two broken Thumbs, Injury To both Knees Left hip, Left Shoulder, broken neck, damage To both my eyes - have detached ReTinas! They Stole my $165,000.00 home That was PAID FOR and used for "SURETY" But YET Sold 6 month's before The "SuRETY" was Released Two of my Bank Accounts were Stolen!

IV). ... With NO END in sight. I basically have no rights - with "Goebels" & his-Sister runs This Whole Prison and Their is orders - That no C/O is To help myself what-so-EVER. Like To get myself The assistance To call my Canadian former Employer's - who do have a copy of The "PARDON" granted To myself in 1991 By: Governor; John M. Engler, Which would also Prove beyond a Shadow of a doubt That - Goebel's, committed FRAUD!

V). A Special NOTE: In case number: 83-4470-FH, Patricia Maronic, Called The Police on Harris! She ran a Scam on myself and I Sued her in - Then Dean J. Shipman's, - District Court! Shipman called her "Scum for The scam She ran on myself and now he is fighting charges in circuit court and her child's father Goebel's, isn't going To get her out of This one"! AT The Time - I Thought - Honorable: SHIPMAN, - Was Talking about Some DRUNK?! That is a YES and NO. he was Talking about Honorable Probate Court Judge of Delta county? who Killed a child in a drunk driving accident, who became a Probate Court Judge in Delta County? How did That EVER happen? Rumor has it The child he Killed from being a Drunk driver in his car! He Paid The mother a large Sum of money To LIE and State he was The FATHER To receive Compassion from The Court?! Sometimes Justice is Twisted OR has been blinded from corruption at The highest levels...

VI). Quoting: Davis v. United States, 417 U.S. 333 (1974). " and That The appropiate inquiry is "whether The claimed error of Law was 'a fundamental defect which inherently results in a complete miscarriage of justice: and whether [i]t... present[s] exceptional circumstances where The need for The remedy afforded by The writ of habeas corpus is apparent." [To date I probably filed 6 Habeas corpus[s] but IT'S a Slippy Slope - why? The State Courts and Federal Courts claim -- That I am NOT doing Time on case Number 83-4470-FH, nothing is farther from The Truth Than That STUPID Statement?! Before Long - I should have a copy of The "PARDON" If so good - If not - Then By interrogatory(s) Like my Parole officer: ms mishoe, Holland, michigan "Stated now That Your case (83-4470-FH) is *OVERTurned* (which is stated on The 2nd page of Judge Dean J. Shipman's; ORDER on July-10-1986.) - I had put you in for a commutation but I am Sorry it Took so Long To come back because it went all The way To The Governor and it came back as a "PARDON" and That surprized me because That never happened To me before." So under Discovery -- I'd appreciate The opportunity To send a interrogatory To ms mishoe, out of The Holland, michigan office... 295 F. Supp. 1085 "[T]he narrow function of Rule 35 is To permit correction at any Time of an illegal Sentence, [Page 357]: (Also Pg 357) - 368 U.S. at 430. "... provides for The Correction of an "illegal sentence" without regard To The reasons why That sentence is illegal and contains not a single word To Support The Court's Conclusion That only a sentence illegal by reason of The Punishment it imposes is "illegal" within The meaning of The Rule. I would have Thought That a sentence imposed in an illegal manner - whether The amount or form of The punishment meted out constitutes an additional violation of Law or not - would be recognized as an "illegal sentence" under any normal reading of The english Language." [* Special note * "The four dissenters felt The majority definition of "illegal" was To narrow. So I.D. was Their opinion AND MINE in This Complaint.]

"Summary" of Events To Keep up The Illegal Incarceration."

VII). Attorney - Manning, never will write back! So To be a defendant is very appropiate!

VII). 2). Attorney: Lemire, never Represented myself or seen myself in case Number 83-4470-FH, past sentencing in 1984 - See Exhibit - Judge Claire Hoen, case No: 83-4470-FH, Delta county "Felonious Assault"!

3). Attorney: Joel D. Kershaw, was appointed but failed to represent his client and now he fail's to respond by phone calls or letters. In case No: 83-4470-FH, Previous to the one hearing in November of 2020 - He Reffed -- to seek a copy of the PARDON, or contact any of the Juror's, in case No: 09-16475-FC, to; verifie that I've been put in Prison on 8 Not Guilty Verdicts at Gun pointing to force the Jury to change there honest verdicts of Not Guilty! IT's been all most eleven straight years of Illegaly obtained Incarceration! The one video hearing was done in Delta county By: Honorable; Economopoulos, (S). circuit court. I filed the 6.500 in case Number in case 83-4470-FH, September of 2019. 19 PLUS month's AGO..! A copy of the video hearing needs to be reviewed - and we will see: Honorable: Economopoulos, stated he'd correct the mistakes of Goebel's, but what the Goebel's, family has done to myself - will need to go to another court! However to wit: Economopoulous, has done absolutely nothing. So now that is a Illegal Act?! - to wit: Conspiracy: People-vs-white, 147 mich. App. 31. HN1: "Conspiracy is defined as a partnership in criminal purposes, a mutual agreement or *understanding* express or implied between two or more parties..." "To commit a criminal act or to accomplish a legal act by unlawful means." [The Illegal Act of Economopoulos, are crystal clear - he Reffused to Rule on his fiduciary Duty?!] People-vs-PRYOR, 1997 mich. App. LEXIS 3572 HN2: "... it is sufficient if the circumstances, acts and conduct of the parties establish an agreement in fact." [From the Lack of concern and conduct of the parties does establish an agreement - whether it's two corrupt judges or three corrupt Lawyers who caused the Illegal Sentence and Conspiracy at hand petitioner is seeking compensation and Punitive Damages - So this never happens to any one else...]

4). Honorable? Economopoulas, The 6.500 was filed in November of 2019 - 19 month's AGO - YET - To date - No Relief from the Illegaly obtained Conviction done by Delta County and or it's courts - staff - of only one single video hearing and No 'order' signed is a spin JOB and a CAPO AT HAND - which is shown By their lack of Consideration and consideration(s) we will get their in Federal Court!

5). Honorable Goebel's, IT's obvious that his theft's of Land, and Timber were accomplished from himself being a probate court Judge in Delta county court house - being an employee thereof made things - easy picking(s) for many, many, - years!?!

6). Board of Commissioner's and or Board of Supervisors of Delta County have to be held Liable! Why? The Tort comes from all the Illegal Acts - and non-compliance of all of Delta Counties clerks, court Reporters, Judges, Secretary's, Clerk's, officers of the Delta county sheriff's office, etc...

7). Just Road block's of denial(s) and botched up paperwork - That is very Illegaly stored in a hidden file and was never obtained in any type of proper court proceedings?!

8). I feel all 8-defendant's need to be Sued in There official, and Personal, Capacity,-- why? Because These defendant's are on a very, Slick, Slippery, mission, To steal from The People who don't Know enough Law or have The means To fight such a Corrupt bunch of monsters. That are using Techniques That are NOT alloable by The michigan or Federal Rules and The Constitution of America.

Date wrote: 05-01-2021,

Respectfully submitted:

Frederick Joesph Harris Junior,
# 176396 - 320 North Hubbard Street
Central michigan correctional Facility
ST Louis, michigan. 48880.

C.C. on File...

HARRIS Frederick J.J.R.
I 176396 - 320 North Hubbard STreet
CenTral michigan correcTional Facility
ST. LOUIS, michigan. 48880.

U.S. POSTAGE PITNEY
ZIP 48880 $ 01
02 4W
0000376797 JUN

U.S. DISTRICT COURT
330 Federal Building
P.O. BOX 698
MARQUETTE, MICHIGAN. 49855